# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>   Plaintiff,<br><br>   v.<br><br>ABDEL S. RASHID, ET. AL.,<br><br>   Defendants. | Case No.  1:21-cv-01328-JLT-HBK<br><br>**ORDER REGARDING SETTLEMENT CONFERENCE PROCEDURES**<br><br>**ORDER SETTING SETTLEMENT CONFERENCE AND PRE-CONFERENCE CALL**<br><br>**Pre-Conference Call: MONDAY, 1/30/2023 at 10:30 a.m.**<br><br>**Settlement Conference: TUESDAY, 2/14/2023 at 1:00 P.M** |

The Court sets a settlement conference for February 14, 2023 at 1:00 PM before Magistrate Judge Erica P. Grosjean.  The settlement conference will be held via Zoom, with an invitation to issue shortly before the conference.

The Court also sets a pre-settlement telephone conference for January 30, 2023 at 10:30 AM to ensure that the conference will be productive.  The parties are to use the following dial-in number and passcode:  Dial-in number 1-888-251-2909 and Passcode 1024453.

Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall appear at the Settlement Conference. It is recommended that pertinent evidence to be offered

at trial, documents or otherwise, be brought to the settlement conference for presentation to the settlement judge.  Neither the settlement conference statements nor communications during the settlement conference with the settlement judge can be used by either party in the trial of this case.

Absent permission from the Court, in addition to counsel who will try the case being present, the individual parties shall also be present.  A representative with unlimited authority shall either attend in person or be available by phone throughout the conference.  In other words, having settlement authority "up to a certain amount" is not acceptable.

### *Exchange of Offers*

In advance of the conference, each party must make a written offer of settlement to the other party with all material terms included.

### *Confidential Settlement Statements*

At least five (5) court days prior to the settlement conference, each party shall submit a Confidential Settlement Conference Statement in Word format directly to Judge Grosjean's Chambers at epgorders@caed.uscourts.gov.  The statement shall not be filed on the docket or served on any other party.  Each statement shall be clearly marked "confidential" with the date and time of the settlement conference clearly noted on the first page.  The Confidential Settlement Conference Statement shall include the following:

A.  A brief statement of the facts of the case.

B.  A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the party's likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C.  A summary of the proceedings to date.

D.  Last offer given by the party and opposing party's response.

E.  If the party seeks to recover attorney's fees and costs, the amount of fees and costs incurred to date.

F.  The party's position on settlement.

1 | The parties shall contact that the designated settlement conference judge's chambers to ascertain whether additional settlement conference procedures are required.

Dated:     December 2, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

cc:  Michelle Rooney